**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1422**

CECELIA D. WALTON,

       Plaintiff - Appellant,

      v.

NORTH CAROLINA OFFICE OF STATE HUMAN RESOURCES; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES, Disability Determination Services; CHELCE VILLINES, US Secret Service Agent; SHANNON GOODSON, Manager - Federal SSA,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:20-cv-00066-SAG)

Submitted: September 24, 2020           Decided: September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Cecelia D. Walton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecelia D. Walton filed a complaint in the district court. After the district court did not act on her complaint for three months, she filed a notice of appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because there was no order from which Walton could appeal, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*